

### KEN PAXTON
ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

SEP 0 9 2025

CHRISTOPHER A. PRINE
CLERK

September 9, 2025

Christopher A. Prine                                    *Via hand-delivery*
Clerk, 15th Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701

Re:     No. 15-25-00140-CV; *In re Powered by People and Robert Francis O'Rourke*

Dear Mr. Prine:

Enclosed please find a flash drive containing one video that we request the Court consider as part of Real Party in Interest the State of Texas's supplemental mandamus record in the above referenced matter. This video was entered into evidence in the trial court proceedings in Tarrant County district court at an evidentiary hearing held on August 14, 2025.

If you have any questions or concerns, please contact me at (512) 936-1764. I appreciate your assistance in this matter.

Sincerely,

*Pauline Sisson*

Pauline Sisson, Legal Assistant
Consumer Protection Division – MC 010
Phone: (512) 936-1764
Email: pauline.sisson@oag.texas.gov

Encl.